IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER LEE AMERSON, | * |
| Plaintiff | * |
| vs. | * |
| | CASE NO. 5:07-CV-148 (CDL) |
| HILTON HALL, et al., | * |
| Defendants | * |
| _____ | * |

ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 29, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of March, 2008.

                                        S/Clay D. Land
                                          CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE